## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

### CASE NO. 22-14051-CR-CANNON

**UNITED STATES OF AMERICA**,

　　　　Plaintiff,

　v.

**CARLOS ALEXIS TORRES**
**also known as CESAR SOTO LOPEZ**,

　　　　Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 19].  On October 7, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 15] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 1].  The Government proffered a factual basis for the plea, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count in the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the sole count in the Indictment [ECF No. 1].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

　　1.  The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

　　2.  The guilty plea entered into by Defendant Carlos Alexis Torres as to the sole count of

the Indictment is **ACCEPTED**.

3. Defendant Carlos Alexis Torres is adjudicated guilty of the sole count of the Indictment, which charges him with violating 8 U.S.C. § 1326(a) and (b)(2) [ECF No. 1].

   **DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of November 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record