UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-14051-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARLOS ALEXIS TORRES,

      Defendant.

_____/

## MOTION FOR DOWNWARD VARIANCE

Defendant, Carlos Alexis Torres, through undersigned counsel, moves for a downward variance, based on the following:

1.    Defendant's sentence is significantly impacted by his prior Iowa forgery/identity theft conviction for conduct that occurred on September 1, 2009. The Iowa conviction added ten offense levels pursuant to § 2L1.2(b)(3)(A) because of the indeterminate five-year sentence, which was imposed pursuant to Iowa's parole-based sentencing scheme.  Defendant served eleven months of that indeterminate sentence before being paroled.  Such a parole-based sentence would be consistent with a sentence of less than two years if imposed under our federal sentencing scheme or if imposed under Florida's sentencing scheme.  Defendant suggests that a six-level enhancement pursuant to § 2L1.2(b)(3)(C) would be appropriate to more fairly represent Defendant's criminal history and to avoid sentencing disparity.  This

would lead to a total offense level 17, criminal history category III, and a sentencing range of 30 – 37 months imprisonment.

2.    Moreover, Defendant's Minnesota assault conviction, which added six offense levels and three criminal history points, occurred in 2006, more than sixteen years ago.   Defendant's only involvement with the criminal justice system since his removal in 2010, was his recent arrest for not having a valid drivers' license.   He returned to this country after having been shot in Honduras and has been working and supporting his three young children who were born in the United States.

WHEREFORE, Defendant moves for a downward variance.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/Robert E. Adler*
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
*robert_adler@fd.org* - Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Robert E. Adler*
Robert E. Adler

-